371 A.2d 1289

**COMMONWEALTH of Pennsylvania**

v.

**Lemuel SMITH, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 14, 1976.

Decided April 28, 1977.

Spencer M. Wertheimer, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., James J. Wilson, Asst. Dist. Atty., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### OPINION

PER CURIAM.

Judgment of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.